IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          4:91cr4020-WS

BOBBY DIXON WELLS,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 348) docketed April 4, 2013. The magistrate judge recommends that the defendant's motion to vacate, set aside, or correct sentence (doc. 322) be denied and dismissed. The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 348) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's motion to vacate, set aside, or correct sentence (doc. 322) is hereby DENIED.

3. The clerk shall enter judgment stating: "All claims are DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this ____9th____ day of ____May____, 2013.

                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE